# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-40897-tnap |
| Michael Dean Laslovich<br>Marcella Ruth Laslovich | Chapter 13 |
| Debtors. | Judge Tiiara Patton |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on September 17, 2020, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Robert A. Ciotola, Debtors' Counsel
rac@raciotola.com

Michael A. Gallo, Trustee
mgallo@gallotrustee.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Michael Dean Laslovich, Debtor
604 Washington Street
Wellsville, OH 43968

Marcella Ruth Laslovich, Debtor
604 Washington Street
Wellsville, OH 43968

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (0083702)
                                              Attorney for Creditor